UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20328-CIV-SEITZ/MCALILEY

JERRY SMITH,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

### ORDER CLARIFYING TIME TO FILE OBJECTIONS

THIS CAUSE is before the Court on Petitioner's Reply to Respondent's Response to Order to Show Cause [DE-11], filed March 24, 2008. On March 11, 2008, Respondent filed its Response to Magistrate Judge White's Order to Show Cause [DE-9]. On March 20, 2008, Magistrate Judge White issued his Report and Recommendations as to Petitioner's claim under 28 U.S.C. § 2255 [DE-10]. The parties have until April 8, 2008 to file their objections, if any, to the Report. To preempt potential confusion caused by filings crossing in the mail, the Court will consider the instant filing (Petitioner's Reply) *as well as* any objections Petitioner files in a timely manner in deciding whether to adopt the recommendations in the Report. Accordingly, it is hereby

ORDERED that Petitioner shall have until **April 8, 2008** to place in the mail the Objections he wishes the Court to consider in reviewing Magistrate Judge White's Report. The Court will *not* consider any filings placed in the mail after April 8, 2008.

DONE AND ORDERED in Miami, Florida, this 31st day of March, 2008.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record/*Pro Se* Parties
        Magistrate Judge Patrick A. White