UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20328-CIV-SEITZ/MCALILEY

JERRY SMITH,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER AFFIRMING REPORT OF MAGISTRATE JUDGE AND CLOSING CASE

THIS MATTER is before the Court upon the Report and Recommendation of the Honorable Magistrate Judge White [DE-10] on Petitioner's claim under 28 U.S.C. § 2255. Having carefully reviewed, *de novo*, the record, Magistrate Judge White's Report, and Petitioner's Objections,[1] and being otherwise duly advised, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-10] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Petitioner Objections [DE-13] are OVERRULED;

(3) All motions not otherwise ruled upon are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 29 day of May, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record/*Pro Se* Parties
        Magistrate Judge Patrick A. White

---

[1] In his objections, Petitioner reasserts his prior argument regarding ineffective assistance of counsel and argues that the Court needs to "verify [that] the prior [conviction] was credible [] to legally use against the movant." [DE-13, p. 1.] Upon review of these objections, the Court agrees with Magistrate Judge White. The record evidence demonstrates that Petitioner's prior conviction qualifies as a predicate offense for purposes of armed career criminal enhancement. Thus, counsel was not ineffective for not pursuing this argument at sentencing or on direct appeal, where the Court of Appeals found that the district court did not err in classifying Petitioner's prior convictions as involving a serious drug offense. *U.S. v. Smith*, 199 Fed. Appx. 759, 765 (2006).